UNITED STATES COURT OF INTERNATIONAL TRADE

```
-------------------------------------------------------------x
FINE EMERALDS, INC.                            :
                                               :
                          Plaintiff,           :  Court No. 20-03928
                                               :
            v.                                 :
                                               :
UNITED STATES,                                 :
                                               :
                          Defendant.           :
                                               :
-------------------------------------------------------------x
```

# **COMPLAINT**

Plaintiff, Fine Emeralds, Inc., through its undersigned attorneys, alleges the following as its complaint in this case:

1. The Court has jurisdiction of this action pursuant to 28 U.S.C. § 1581(a).

2. Plaintiff is the importer of record of the subject merchandise.

3. The protest and summons in this action were timely filed.

4. All liquidated duties, charges and exactions were paid prior to the commencement of this action.

5. The subject merchandise consists of rough, unworked emerald stones.

6. The subject merchandise is described on the commercial invoice that accompanied Entry No. WPD-0168708-9 as "rough emeralds."

7. In their condition upon importation, the subject rough emeralds were neither simply sawn nor roughly shaped.

8. U.S. Customs and Border Protection (CBP) classified the subject merchandise upon liquidation under subheading 7103.10.40, Harmonized Tariff Schedules of the United

States ("HTSUS"), dutiable at 10.5% *ad valorem*.

9. The subject merchandise is properly classifiable under subheading 7103.10.20, HTSUS, free of duty.

WHEREFORE, plaintiff respectfully requests the Court to enter judgment declaring that CBP's classification upon liquidation of the subject merchandise was contrary to law; that the claimed classification of the subject merchandise under subheading 7103.10.20, HTSUS, be sustained; and that CBP be directed to reliquidate the involved entry accordingly and to refund the excess duties collected together with lawful interest; and granting such further relief, including attorneys' fees and costs, as the Court deems proper.

    Respectfully submitted,

    GRUNFELD, DESIDERIO, LEBOWITZ
    SILVERMAN & KLESTADT LLP
    *Attorneys for Plaintiff*
    599 Lexington Avenue
    36th Floor
    New York, New York 10022
    Tel. (212) 557-4000
    JSpraragen@GDLSK.com

    By: /s/ Joseph M. Spraragen
         Joseph M. Spraragen

Dated: June 22, 2023
       New York, New York