UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. CLAIRE R. KELLY, JUDGE

```
------------------------------------------------------x
                                              :
FINE EMERALDS, INC.                           :
                                              :
                    Plaintiff,                :
                                              :
          v.                                  :        Court No. 20-03928
                                              :
UNITED STATES,                                :
                                              :
                    Defendant.                :
------------------------------------------------------x
```

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1.     Plaintiff is the importer of record.

2.     The subject protest was filed and this action was commenced within the time provided by law, and all liquidated duties, charges or exactions were paid prior to the filing of the summons.

3.     The subject imported merchandise covered by Entry No. WPD-0168708-9 consists of rough emerald stones.

4.     The subject merchandise was classified by U.S. Customs and Border Protection upon liquidation under subheading 7103.10.40, Harmonized Tariff Schedule of the United States (HTSUS), and assessed duty at the rate of 10.5% *ad valorem*.

5.     The subject imported merchandise is classifiable under subheading 7103.10.20, HTSUS.

Court No. 20-03928

     6.    The subject imported merchandise covered by Entry No. WPD-0168708-9 is stipulable in accordance with this agreement.

     7.    The duty refunds payable by reason of this judgment are to be paid with interest as provided for by law.

     8.    All other claims and non-stipulable merchandise or entries are abandoned.

     9.    Each party shall bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT LLP
*Attorneys for Plaintiff*
599 Lexington Avenue – 36th Floor
New York, NY 10022
Tel: (212) 557-4000
jspraragen@gdlsk.com

By:  /s/ Joseph M. Spraragen
      Joseph M. Spraragen

Dated:  December 9, 2024
       New York, New York

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

PATRICIA M. McCARTHY
Director

By:  JUSTIN R. MILLER
     Attorney-In-Charge
     International Trade Field Office

     ALEXANDER VANDERWEIDE
     Senior Trial Counsel
     International Trade Field Office
     Department of Justice, Civil Division
     Commercial Litigation Branch
     26 Federal Plaza, Room 346
     New York, New York 10278
     Tel.: (212) 264-0482 or 9230
     alexander.vanderweide@usdoj.gov

     *Attorneys for Defendant*

Court No. 20-03928

**IT IS HEREBY ORDERED** that this action is decided and this final judgment is to be entered by the Clerk of this Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate Entry No. WPD-0168708-9 and make refund in accordance with the stipulation of the parties set forth above.

_____
Judge

Dated:                     , 2024
      New York, New York



NEW YORK
WASHINGTON, DC
MILWAUKEE
LOS ANGELES
HONG KONG

Clerk of the Court
United States Court of International Trade
One Federal Plaza
New York, NY 10278

Dear Sir:

We are authorized by Fine Emeralds, Inc. to request that all refunds due from Entry No. WPD-0168708-9 and covered by the Stipulation of Judgment on Agreed Statement of Facts and Judgment Order in Court No. 20-03928 are to be sent to the Importer of Record in care of:

GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT LLP
599 Lexington Ave., FL 36
New York, NY 10022

We request that you place the appropriate notices hitherto furnished you with each of the entries covered by the Decision and Judgment.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT LLP

/s/ Joseph M. Spraragen
Joseph M. Spraragen

11346055_1